UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESSA WALSH, et al.,

                Plaintiffs,

-against-

GREGORY RUSS, et al.,

                Defendants.



No. 21-CV-4872 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Construing counsel's letters (dkt. nos. 19, 20 and 21) as Plaintiffs' request for a pre-motion conference in advance of a motion to amend, Defendant Russ' opposition and Plaintiffs' reply, Defendants may proceed to move to amend the complaint. Counsel shall confer and inform the Court of the proposed briefing schedule.

**SO ORDERED.**

Dated:    September 28, 2021
            New York, New York

                                      _Loretta A. Preska_
                                      LORETTA A. PRESKA
                                      Senior United States District Judge