```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| VANESSA WALSH, NINA CRAWFORD, SAMANTHA COLEMAN, MILTON CRUZ, LYDIA GONZALEZ DIAZ, MARYANNE HAYES, WILLIAM HEARN, FRANCISCO HERNANDEZ, GAIL JONES, MARC POLITE, RALPH WAITERS and LATRINA WILLIAMS, on behalf of a class of similarly situated tenants of the New York City Housing Authority,<br><br>        Plaintiffs,<br><br>-against-<br><br>GREGORY RUSS, as Chairman of the NEW YORK CITY HOUSING AUTHORITY,<br><br>        Defendant. | No. 21 CV 4872(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Oral argument on Defendant's motion to dismiss is currently scheduled for Thursday January 6, 2022, at 2:00 p.m. (Dkt. no. 42.) The parties shall jointly inform the Court no later than Thursday December 30, 2021, whether they consent to proceed remotely by video.

    If the parties consent to proceed remotely, Chambers will communicate separately the videoconference information. An audio-only public dial-in will be available using the following information:

Dial-in (877) 402-9753. Access code: 6545179.

1

**SO ORDERED.**

Dated:     December 27, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge