```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DENISE CRUMWELL, :
on behalf of herself and all other persons similarly :
situated, :
: 21-cv-09542 (LJL)
Plaintiffs, :
: NOTICE OF INITIAL
-v- : PRETRIAL CONFERENCE
:
NYC SMILE DESIGN DENTISTRY P.C., :
:
Defendant. :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    This case has been assigned to me for all purposes.  It is hereby:

    ORDERED that counsel for all parties appear for an Initial Pretrial Conference by TELEPHONE on **February 1, 2022**, at **3:30 p.m.**  Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

    IT IS FURTHER ORDERED that, by one week prior to conference, the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.  This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage.  Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

    The time period for any Defendant intending to move to dismiss pursuant to Federal Rule of Civil Procedure Rule 12 will be extended until further order of the Court upon the filing of a simple letter with the Court within the time permitted under Federal Rule of Civil Procedure 12(a) and prior to the time the above-mentioned submission is made.  Such letter should simply indicate in one sentence the Defendant's intent to make a motion to dismiss.

    Counsel for Plaintiffs is ordered to notify Defendant of this Notice.


    SO ORDERED.

Dated: January 3, 2022
       New York, New York
                                                  LEWIS J. LIMAN
                                                  United States District Judge