UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANESSA WALSH, NINA CRAWFORD, SAMANTHA COLEMAN, MILTON CRUZ, LYDIA GONZALEZ DIAZ, MARYANNE HAYES, WILLIAM HEARN, FRANCISCO HERNANDEZ, GAIL JONES, MARC POLITE, RALPH WAITERS and LATRINA WILLIAMS, on behalf of a class of similarly situated tenants of the New York City Housing Authority,<br><br>          Plaintiffs,<br><br>-against-<br><br>GREGORY RUSS, as Chairman of the NEW YORK CITY HOUSING AUTHORITY,<br><br>          Defendant. | No. 21 CV 4872(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    In light of Plaintiffs' request that oral argument proceed remotely to avoid further delay (dkt. no. 46), oral argument is back on the calendar for Thursday January 6, 2022, at 2:00 p.m., by video.  Chambers will communicate separately the videoconference information.

    An audio-only public dial-in will be available using the following information:
Dial-in (877) 402-9753.  Access code:  6545179.

**SO ORDERED.**

Dated:     January 3, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge