# ADVOCATES FOR JUSTICE
*A Public Interest Organization*



www.advocatesforjustice.net

**225 Broadway, Suite 1902**
New York, NY  10007

**TEL:  212-285-1400**
**FAX:  212-285-1410**

**info@advocatesforjustice.net**

**Elizabeth Turner**
Executive Director

**Arthur Z. Schwartz, Esq.**
Lead Attorney
President, Board of Directors

**Laura D. Barbieri, Esq.**
Of Counsel

February 7, 2022

By ECF

Hon. Loretta A. Preska
United States District Court
500 Pearl Street
New York, NY  10007

> Plaintiffs' counsel's request to
> extend the time to re-plead to
> February 28, 2022, is granted,
> with the condition that no
> further extensions will be
> granted.
>
> SO ORDERED.
> /s/ Loretta A. Preska
> 2/7/2022

Re:   Walsh v. Russ
      21 Civ. 4872 (LAP)
      <u>Request for Additional Time</u>

Dear Judge Preska:

    In your order of January 6, 2022, you allowed Plaintiffs until February 7, 2022 to file an Amended Complaint.

    The last four weeks have been very difficult—a Second Circuit brief, two Appellate Division briefs, and a summary judgment motion, mixed with a myriad of other work including a successful preliminary injunction application in Rockland County.  The amended complaint that you allowed is labor intensive and we cannot finish it today.  With two major briefs due on February 11, 2022 and February 18, 2022, I request an extension until February 28, 2022.

    I have asked counsel for NYCHA to consent and have not heard back.

    Your consideration is appreciated.

Respectfully submitted,

/s/ *Arthur Z. Schwartz*

Arthur Z. Schwartz

AZS:dr

cc:   Gregory Laufer, Esq. (by ECF)