# ADVOCATES FOR JUSTICE
*A Public Interest Organization*



*www.advocatesforjustice.net*

225 Broadway, Suite 1902
New York, NY  10007

TEL:  212-285-1400
FAX:  212-285-1410

info@advocatesforjustice.net

**Elizabeth Turner**
Executive Director

**Arthur Z. Schwartz, Esq.**
Lead Attorney
President, Board of Directors

**Laura D. Barbieri, Esq.**
Of Counsel

May 26, 2022

By ECF

Hon. Loretta A. Preska
United States District Court
500 Pearl Street
New York, NY  10007

        Re:    Walsh v. Russ
                 21 Civ. 4872 (LAP)

Dear Judge Preska:

Plaintiffs' Opposition to the Motions to Dismiss are due on May 31, 2022.

I have spent much of the last month in multi-hour negotiations between National Grid and their principal union and need additional time.  Counsel have agreed to the following schedule, if the Court approves:

    Plaintiffs Opposition:  June 30, 2022
    Defendants' Reply:      July 29, 2022

SO ORDERED.
*Loretta A. Preska*
5/31/2022

We request that the Court approves this schedule.

Respectfully submitted,

/s/ *Arthur Z. Schwartz*

Arthur Z. Schwartz

AZS:dr

cc:    All Counsel (by ECF)